IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIVIA ESTRADA,<br><br>　　　Plaintiff,<br><br>　　　-vs-<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>　　　Defendant. | )<br>)<br>)<br>)　Case No.: 08 C 0225<br>)<br>)　Judge Castillo<br>)<br>)　Magistrate Judge Brown<br>) |

**NOTICE OF MOTION**

To:　Timothy J. Sostrin
　　　LEGAL HELPERS, P.C.
　　　20 West Kinzie Street, Suite 1300
　　　Chicago, Illinois 60610

　　　PLEASE TAKE NOTICE that on **Wednesday, March 26, 2008** at the hour of **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead in Courtroom 2141 of the Everett McKinley Dirksen Building, 219 South Dearborn Street in Chicago, Illinois, and then and there present the attached **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　By: */s/ James K. Schultz*
　　　　　　　　　　　　　　　　　　　James K. Schultz


James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone:　(847) 853-6100
Facsimile:　(847) 853-6105
E-Mail:　　jschultz@sessions-law.biz

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIVIA ESTRADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 C 0225 |
| -vs- ) | |
| ) | Judge Castillo |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | Magistrate Judge Brown |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2008, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Timothy J. Sostrin
LEGAL HELPERS, P.C.
20 West Kinzie Street, Suite 1300
Chicago, Illinois 60610
(866) 339-1156


/s/ James K. Schultz
James K. Schultz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail:    jschultz@sessions-law.biz