UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Olivia Estrada
                       Plaintiff,

v.                                               Case No.: 1:08–cv–00225
                                                       Honorable Ruben Castillo

NCO Financial Systems, Inc.
                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant's unopposed motion for extension of time to answer complaint [9] is granted. Defendant to answer or otherwise plead to the complaint on or before 4/8/2008. Motion hearing set for 3/26/2008, status report filing date of 3/28/2008, and settlement conference set for 4/1/2008 are all vacated. Parties to file the joint status report on or before 4/14/2008. Settlement conference reset to 4/17/2008 at 2:00 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.