# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Olivia Estrada<br><br>    Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.<br><br>    Defendant. | CASE NO.: 1:08-cv-00225<br><br>JUDGE: Castillo<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By: s/Timothy J. Sostrin
        Timothy J. Sostrin
        Bar ID # 6290807
        Attorney for Plaintiff
        233 S. Wacker
        Sears Tower, Suite 5150
        Chicago, IL 60606
        Telephone: 866-339-1156
        Email: tjs@legalhelpers.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

James K. Schultz
SESSIONS, FISHMAN, NATHAN, & ISRAEL OF ILLINOIS, LLC
jschultz@sessions-law.biz

David Israel
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.P.
disrael@sessions-law.biz

s/Timothy J. Sostrin